**Labaton Sucharow**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/7/2022__

Carol C. Villegas
Partner
212 907 0824  direct
212 907 0700  main
212 883 7524  fax
cvillegas@labaton.com

New York Office
140 Broadway
New York, NY 10005

# MEMO ENDORSED

January 26, 2022

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    *In re E-House Securities Litigation*, No. 1:20-cv-02943 (ER)

Dear Edgardo Ramos:

      We write on behalf of Co-Lead Plaintiffs ("Plaintiffs"), to request that the Court enter judgment to permit Plaintiffs to appeal the September 29, 2021 order granting Defendants' motion to dismiss (ECF No. 75).  Defendants consent to this request.

      Plaintiffs filed an Amended Class Action Complaint ("AC") in this action on October 13, 2020 (ECF No. 50).  Defendants moved to dismiss that AC on January 19, 2021 (ECF No. 62) and the Parties filed briefs in opposition and support of that motion.  The Court issued an opinion and order on September 29, 2021 granting Defendants' motion to dismiss in its entirety, but granting Lead Plaintiffs leave to amend (ECF No. 75).  On October 29, 2021, Lead Plaintiffs filed a status update with the Court indicating that they would not be amending and instead would "file a notice of appeal at the appropriate time." (ECF No. 76).

      Plaintiffs respectfully request that the Court enter judgment so that Plaintiffs may file their notice of appeal of the Court's September 29, 2021 order granting the motion to dismiss. Federal Rule of Appellate Procedure 4(a)(1)(A) states that a party may appeal "after entry of the judgment."  *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) ("We now specifically rule that a plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained."); *FirsTier Mortg. Co. v. Invs. Mortg. Ins. Co.*, 498 U.S. 269, 272-273 (1991*)* (embracing lenient treatment of "premature notices of appeal," but recognizing the ordinary rule that the entry of a final appealable judgment is required before appeal).

      [signatures on the following page]

**Labaton Sucharow**

The Honorable Edgardo Ramos
January 26, 2022
Page 2

Respectfully submitted,

| | |
|---|---|
| */s/ Carol C. Villegas* | */s/ Michael Grunfeld* |
| Carol C. Villegas | Michael Grunfeld |
| | |
| LABATON SUCHAROW LLP | POMERANTZ LLP |
| 140 Broadway, 34th Floor | 600 Third Avenue, 20th Floor |
| New York, NY 10005 | New York, NY 10016 |
| Telephone: (212) 907-0700 | Telephone: (212) 661-1100 |
| Facsimile: (212) 818-0477 | Facsimile: (212) 661-8665 |
| Email: cvillegas@labaton.com | Email: mgunfeld@pomlaw.com |

*Counsel for the Co-Lead Plaintiff the Maso Entities and Co-Lead Counsel for the Class*

*Counsel for Co-Lead Plaintiff Altimeo Asset Management and Co-Lead Counsel for the Class*

---

The Clerk of the Court is respectfully directed to enter judgment and to close the case.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  2/7/2022
New York, New York