**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re E-HOUSE SECURITIES LITIGATION                    20 CIVIL 2943 (ER)

**JUDGMENT**

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2021 and Memo-Endorsed Order dated February 7, 2022, Defendants' motion to dismiss is granted; Defendants' letter motion for oral argument is denied as moot; Judgment is hereby entered and the case is closed.

**Dated:**  New York, New York
       February 8, 2022

                                                      RUBY J. KRAJICK
                                                      _____
                                                      Clerk of Court
                               **BY:**
                                                        Deputy Clerk